UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIKA BINYARD-COOPER,<br>Plaintiff,<br>v.<br>DANIEL DRISCOLL, SECRETARY, U.S. DEPARTMENT OF THE ARMY,<br>Defendant. | CASE NO. 3:26-cv-05393-JHC<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) The Court has completed its review under §1915(e)(2)(b). The Court will now consider any further filings submitted by Plaintiff.

(2) The deadline for service shall be extended in this action. Plaintiff shall have 90 days from the date of this Order to effectuate service.

(3) The Clerk is directed to forward a copy of this Order to all counsel of record and to any party appearing pro se.

//

Dated this 22nd day of October 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk